716

## Commonwealth *v.* Strothers, Appellant.

Submitted November 14, 1966. *Donald Strothers,* appellant, in propria persona; *Charles B. Watkins* and *Edwin J. Martin,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Thomas, Appellant.

Submitted November 14, 1966. *Samuel Leonard Thomas,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, with him *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Washington, Appellant.

Submitted November 14, 1966. *Thaw Washington,* appellant, in propria persona; *Charles B. Watkins* and *Edwin J. Martin,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.